UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JNESO,<br><br>     Plaintiff,<br><br>v.<br><br>WILLIAM B. KESSLER MEMORIAL HOSPITAL,<br><br>     Defendant. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 09-4720 (JEI)<br><br>**ORDER RESCHEDULING HEARING ON ORDER TO SHOW CAUSE** |

**APPEARANCES:**

KROLL HEINMAN, LLC
By:  Jeanne Ketcha Chestnut, Esq.
Metro Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
     Counsel for Plaintiff


**IRENAS**, Senior District Judge:

   **IT IS** on this 19th day of November, 2009,

   **ORDERED THAT:**

   The Order to Show Cause hearing previously scheduled for 3 p.m. on Tuesday, November 24, 2009 is hereby **RESCHEDULED** to Monday, November 23, 2009 at 11:30 a.m. in Courtroom 1.

_____
JOSEPH E. IRENAS, S.U.S.D.J.